No. 83–274. ADAMS v. CITY OF SHEPHERDSVILLE ET AL. C. A. 6th Cir. Certiorari denied.

No. 83–281. THOMPSON v. THOMPSON. Sup. Ct. Ill. Certiorari denied.

No. 83–304. LANDY v. FEDERAL AVIATION ADMINISTRATION ET AL. C. A. 2d Cir. Certiorari denied.

No. 83–309. DUNCAN v. HUNTINGTON PARK REDEVELOPMENT AGENCY. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 83–312. CORRICELLI v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 83–313. LITTLE v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 83–316. LEONE ET AL. v. COSMOPOLITAN SHIPPING CO., S.A. C. A. 2d Cir. Certiorari denied.

No. 83–318. LaMAINA ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 83–326. RESNICK v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 83–327. HALSELL v. LOCAL UNION NO. 5, BRICKLAYERS & ALLIED CRAFTSMEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 83–335. AMERICAN JEWISH CONGRESS v. UNITED STATES DEPARTMENT OF THE TREASURY. C. A. D. C. Cir. Certiorari denied.

No. 83–350. INTERNATIONAL STUDIO APARTMENT ASSN., INC., ET AL. v. LOCKWOOD, CLERK OF THE CIRCUIT COURT, SEVENTEENTH JUDICIAL CIRCUIT OF FLORIDA, ET AL. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 83–360. JOHNSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.